TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
FEB 07 '24 AM 10:42

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSEPH EDWARD ALLEN, Defendant. | INDICTMENT<br><br>VIOLATION<br><br>COUNT 1: 18 U.S.C. § 2113(a), Credit Union Robbery<br><br>Case: 1:24-cr-00008<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 2/7/2024 |

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 2113(a)
(Credit Union Robbery)

On or about January 29, 2024, in the District of Utah,

JOSEPH EDWARD ALLEN,

defendant herein, by force, violence, and intimidation, did take from the person and

presence of others, employees of the Goldenwest Credit Union, located at 220 E. 1400

N., Logan, Utah, U.S. currency, belonging to and in the care, custody, control, management, and possession of the Goldenwest Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Association Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney